Wayne BLACKMON *v.* STATE of Arkansas

679 S.W.2d 210

Supreme Court of Arkansas
Opinion delivered December 3, 1984

*Tony Sherman,* for appellant.

No response by appellee.

PER CURIAM. Appellant, Wayne Blackmon, by his attorney, has filed for a rule on the clerk.

His attorney, Tony Sherman, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: *Belated Appeals in Criminal Cases.*

A copy of this opinion will be forwarded to the Committee on Professional Conduct.